I UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONTPELIER US INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | No. 4:11-cv-1737 |
| EAGLE SORTERS, LLC, ADRIAN LIZALDE, ELOY LIZALDE, LUIS LIZALDE, ADRIAN LIZALDE, JR., RUBEN LIZALDE, JOAQUIN LIZALDE, FEDERICO MEJIA, CLAUDIA MEJIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ADOLFO MEJIA, DECEASED, AND AS NEXT FRIEND OF J.M., A.M., AND M.M, MINORS | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULING & DOCKET CONTROL ORDER

On this day came on to be considered the motion of Montpelier US Insurance Company, for an extension of time to file the Scheduling & Docket Control Order and have the appropriate Scheduling & Docket Control Conference. The Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the conference date for the Scheduling & Docket Control Order is to hereby take place on October 28, 2011.

Date: July 13, 2011

_____
JUDGE KEITH P. ELLISON
U.S. DISTRICT JUDGE